IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

PHILO AMAECHI

    Plaintiff

Vs.                                                    Case No.: CAL14-12502

C.P. TRANSPORT, INC.
d/b/a/ COVENANT PARTNERS
TRANSPORTATION, INC., et. al.

    Defendants

## MEMORANDUM AND ORDER OF COURT

The court held a pre-trial conference with Attorneys Kruvant and DeSantis on March 11, 2015. The corporate defendant is not served as of this date. The court cleared a new pre-trial conference date.

**THEREFORE**, it is this 11th day of March, 2015 by the Circuit Court for Prince George's County, Maryland

**ORDERED**, that a follow up Pre-trial Conference will be held with Judge Green via phone on May 12, 2015 at 8:45 a.m.

Leo E. Green, Jr.
Civil Coordinating Judge

Copies mailed by Court to:

Michael A. DeSantis, Esq.
mdesantis@hartelkane.com

J. Kenneth Kruvant, Esq.
jkkruvant@aol.com

Lori Hester, Admin Aide to the
Honorable Leo E. Green, Jr.


DEFENDANT'S EXHIBIT F