IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

PHILO AMAECHI

    Plaintiff

Vs.                                          Case No.: CAL14-12502

C.P. TRANSPORT, INC.
d/b/a COVENANT PARTNERS
TRANSPORTATION, INC., et. al.

    Defendants

## MEMORANDUM AND ORDER OF COURT

The court held another phone conference with Attorneys DeSantis and Kruvant on May 12, 2015. Service on the corporate defendant remains outstanding. This case needs to get moving!

**THEREFORE**, it is this 12th day of May, 2015 by the Circuit Court for Prince George's County, Maryland

**ORDERED**, that a follow up Phone Conference will be held with Judge Green on June 15, 2015 at 8:45 a.m. via phone.

_____
Leo E. Green, Jr.
Civil Coordinating Judge

Copies sent to:

Michael A. DeSantis, Esq.
mdesantis@hartelkane.com

J. Kenneth Kruvant, Esq.
jkkruvant@aol.com

Lori Hester  5/12/15
Lori Hester, Admin Aide to the
Honorable Leo E. Green, Jr.

